Case Name:      U.S. v Jonathan Fleischmann                 Conviction Date:    07/24/2024
Docket#:        23-CR-10155                                  Request Date:      07/31/2024
                Best Necklace (Maria)

Victim Impact Statement for Maria
By her Mother

December 20, 2021

Dear Judge:

    It's been 5 years since our lives has changed. I wish I knew ahead of time and could have done everything to prevent it. I have and will have a guilt trip for the rest of my life, and feel responsible for what happened to my daughter. I know that it will haunt her and us and always be out there on the internet and there is nothing that can fix it.

    Being 24/7 a full time mom with 3 kids, plus full time job and being single mom, it had slipped past me and I had no idea what was going on, even though my daughter was always near with me, at home, at work, on trips. I didn't know at that point what was going on with her screen, and that she got trapped in it, and needed help at some point.  She didn't ask for help and someone was playing and manipulating my child. And now she is in danger, she isn't safe, she doesn't realize it now, but I am afraid that one day she will understand, and this is the scariest moments., as I don't know how she will take it, whether she will harm herself or somehow find the strength to deal with it.

    At this point, I'm trying to figure out how we can live with it, since it's not going anywhere, and will follow us like a shadow. These images haunt her. She avoids any conversations about it. She doesn't want to talk about it, and wants to hide her head in the sand.

    The first time I received an email with a video/picture collage showing sexual images of my daughter, I was speechless, shocked, as it was first time for me to see it. I couldn't believe what I saw. I didn't know how to deal with it; I know that she didn't do it on her own, she was a child , she played dolls and legos…It didn't fit in my understanding, and I couldn't process it.  Just the thought that these images are around the world is shocking, disappointing, makes me sick just to imagine that these images are on sale, or for trade,  circulating from one person to another pedophile.  I feel hopeless and helpless because I can't do anything about it to stop the spread, and neither can anyone else

    The most important thing is the mental and physical wellbeing of my daughter. The presence of her sexual images being online has had a huge effect on her life, on her dreams on everything. She is very talented child who had dreams of singing, acting,

Case Name:   U.S. v Jonathan Fleischmann         Conviction Date:   07/24/2024
Docket#:     23-CR-10155                          Request Date:      07/31/2024
             Best Necklace (Maria)

performing, and playing sports.  It is all shattered now.  She is withdrawn; she seems afraid to go out in the world now.

It's like telling an artist that you can't draw anymore, or telling a singer you can't sing anymore, or telling an athlete you can't exercise anymore-- you will get a depressed person who won't know where she belongs. This is what has happened to her.  She will become lost…I wish I knew how, I wish I could stop and reverse the history.

Ones she was told by some of her friends that they got an anonymous message "re :images."  She told them not to open, that the account was hacked. Luckily, they didn't, but she had so much stress and anxiety, she was practically unable to do anything about worry about her friends seeing the images. I felt helpless to help her through it. She withdraws and doesn't want to talk about any of it.  I believe it is a very scary place for her to consider these things.  She has nightmares where someone is chasing her and she is dying.  I try to redirect her thoughts, but it is so difficult, both for her to calm down and for me to watch her go through this.

At one point she wrote something on social media that brought the police to our house at night telling me she was suicidal.  They insisted on talking to her without me present.  They wanted to take her away in the middle of the night and for her to see a psychiatrist.

On another occasion I had some random woman contacted me on the Telegram app, insulting and accusing me of how can I allow my daughter to make such pictures. I understand that is not the end of it, and this will go on as long as her pictures are on the internet.  We just need to learn how to live with this constant assault upon our family.

We moved from one state far away to another state, to escape the new reality we were living in.  She was only 12 and this was so hard for her, especially the first year.  She was uprooted from all her friends and everything she had known. We had ups and downs like a roller coaster.  I grew a lot of grey hairs in the process.  I had to completely re-establish my business and this was scary out of concern for supporting her and our family. After a few years she has built some new relationships, has some activities in school, but we cannot let her do all she wants to.

Even though we have moved as far away as we felt we could—across the country—still this  follows you.  It doesn't matter where you are. Due to nature of my work I need to have social media for my business, and I have thought to completely quit it, even for work. I am afraid of the pedophiles who look for child pornography finding my

Case Name:   U.S. v Jonathan Fleischmann            Conviction Date:   07/24/2024
Docket#:     23-CR-10155                             Request Date:      07/31/2024
             Best Necklace (Maria)

daughter.  We didn't think this would follow her, but we posted just a head shot of her on my work social media page and I got an email with a collage of my daughter's child pornography pictures.  I gave law enforcement my whole account. It is just appalling.  Since then I don't post any pictures of my children; I have quit all personal social media and don't let her have any at all. I am paranoid about someone—our friends or family--taking pictures of us and posting them. I feel unsafe and worried for my daughter all the time.

    My daughter cannot focus on her schoolwork.  She no longer takes part in the social and athletic activities at school.  I know she needs to participate in these school activities in order to succeed and I worry a lot about her future.  I worry about how she will do in school as she matures.  She needs help.  I ask you to do whatever you can to make these people stop trading her pictures, and to take them off the internet so my daughter can live a normal life and become all that she can be.  The sick people who like to look at these things need to be punished and to know ahead of time they will be punished if they download her pictures.

    Thank you for considering how badly this has hurt my daughter.


Mother of Maria